# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 5:03-cr-14-V |
| ) | |
| v. ) | |
| ) | |
| YORBY MENDOZA a/k/a "YURBI" ) | |

## ORDER AND JUDGMENT ON FORFEITURE OF BOND

This matter having come before the Court upon Motion by Anne M. Tompkins, the United States Attorney for the Western District of North Carolina, for an order and judgment on forfeiture of Defendant Yorby Mendoza's bond (Doc. #267),

The Government's Motion is hereby **GRANTED**, and

**IT IS HEREBY ORDERED** that the Defendant pay to the United States $5,000, plus any interest that has accrued after reduction of applicable registry fees, and that any monies now on deposit in the Registry of the Court in this action, to wit: $5,000, plus any interest that has accrued after reduction of applicable registry fees, be transferred and credited to the judgment entered herein, fully (or partially) satisfying such judgment against the Defendant.

Signed: June 30, 2011

Richard L. Voorhees
United States District Judge